IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 02 2016 ★

LONG ISLAND OFFICE



CAPRICORN MANAGEMENT
SYSTEMS, INC.

*Plaintiff,*

v.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY

*Defendant.*

Case No. 2:15-cv-02926-DRH-SIL

## ~~JOINT PROPOSED~~ DISCOVERY PLAN

Pursuant to the Court's Order dated May 12, 2016, the Parties met and conferred on May 27, 2016 regarding the terms of a mutually agreeable Discovery Plan and jointly propose the following for the Court's consideration:

1. The Parties shall serve Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) before the June 2, 2016 Initial Conference.

2. The Parties shall serve Initial Requests for Production and Interrogatories on or before June 17, 2016. Responses and Objections to these Initial Requests for Production and Interrogatories shall be served on or before July 18, 2016. The last day to serve Requests for Production, Interrogatories, and Requests for Admission is August 22, 2016.

3. Written discovery shall be completed on or before October 7, 2016.

4. Depositions of Non-Expert Witnesses shall be completed on or before November 18, 2016.

5. Any Motions to Amend Pleadings or Join Additional Parties shall be filed on or before December 2, 2016.

6. Opening Expert Reports shall be exchanged on or before December 19, 2016. Rebuttal Expert Reports shall be exchanged on or before January 20, 2017.

7. Expert Depositions shall be completed on or before February 24, 2017.

8. Dispositive Motions shall be filed on or before March 24, 2017.

9. The Parties shall submit to the Court a Joint Pre-Trial Order on or before May 8, 2017.

Date: May 31, 2016                                          Respectfully submitted,

| | |
|---|---|
| **COLLEN IP** | **VINSON & ELKINS LLP** |
| By: /s/ Thomas Phillip Gulick | By: /s/ Charles D. Ossola |
| Thomas Phillip Gulick | Clifford Thau |
| Jess M. Collen | Marisa Antos-Fallon |
| 80 South Highland Avenue | 666 Fifth Avenue |
| Ossining, NY 10562 | New York, NY 10101 |
| Tel: (914) 941-5668 | Tel: (212) 237-0000 |
| Fax: (914) 941-6091 | Fax: (212) 237-0100 |
| tgulick@collenip.com | cthau@velaw.com |
| jcollen@collenlaw.com | mantosfallon@velaw.com |
| | |
| | Charles D. Ossola |
| | Matthew J. Ricciardi |
| | 2200 Pennsylvania Avenue NW |
| | Suite 500 West |
| | Washington, DC 20037-1701 |
| | Tel: (202) 639-6500 |
| | Fax: (202) 639-6604 |
| | cossola@velaw.com |
| | mricciardi@velaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Capricorn Management Systems, Inc.* | *Government Employees Insurance Co.* |

**SO ORDERED**
by
Magistrate Judge Steven I. Locke

6/2/16

2