UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CAPRICORN MANAGEMENT SYSTEMS, INC.,

                Plaintiff,

**AMENDED SCHEDULING ORDER**
15-CV-2926 (DRH)(SIL)

      -against-

GOVERNMENT EMPLOYEES INSURANCE CO.,

                Defendant.
----------------------------------------------------------------X

**LOCKE, Magistrate Judge:**

**DEADLINES & COURT APPEARANCES**

**9/15/16 at 11:00 a.m.:** Status conference in courtroom 820 of the Central Islip courthouse.

11/20/16 : Deadline to serve requests for production, interrogatories, and requests for admission

1/5/17 : Deadline to complete written discovery

2/16/17 : Deadline to complete fact depositions

3/2/17 : Deadline to move to amend pleadings or join parties

3/19/17 : Identification of case-in-chief experts and service of Rule 26 disclosures

4/20/17 : Identification of rebuttal experts and service of Rule 26 disclosures

5/23/17 : Deadline to complete expert depositions

6/22/17 : Commencement of summary judgment motion practice. Depending on the assigned district judge, the first action commencing the practice would be either requesting a pre-motion conference or initiating the exchange of Local Civil Rule 56.1 statements. Parties are required to consult the individual rules of the district judge regarding motion practice.

**8/7/17 at 10:00 a.m.:** Pretrial conference in courtroom 820 of the Central Islip courthouse. If the trial judge requires one, a joint proposed pretrial order in compliance with that judge's requirements and signed by counsel for each party must be received by the undersigned 3 business days prior this conference. All parties must also submit a one page, ex parte statement of their settlement positions to the undersigned prior this conference. These statements will be treated as confidential, and will not be docketed. Meaningful settlement discussions will occur at this conference; clients or other persons with full settlement authority must be available by telephone.

**This scheduling order will be modified by the Court only upon a timely showing of good cause. Any request for modification of this scheduling order must be in writing, and submitted in accordance with the undersigned's Individual Rule 2 (C).**

Motions to resolve discovery disputes must be made by letter in accordance with Local Civil Rules 37.1 & 37.3 and in compliance with additional requirements set forth in the undersigned's Individual Rules. Motions that do not comply with all requirements will be returned to the movant. Untimely opposition, or no opposition, to letter motions may result in the motion's being granted as unopposed.

All parties are advised that they are under a continuing obligation to keep the Court apprised of any changes in their contact information including, but not limited to, their addresses.

Dated: Central Islip, New York       **SO ORDERED:**
        August 8, 2016

                                                               s/ Steven I. Locke
                                                          STEVEN I. LOCKE
                                                          United States Magistrate Judge