| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE<br>             U.S. MAGISTRATE JUDGE | DATE: 9/15/16<br>TIME: 11:00 am |

CASE:  **CV 15-2926(DRH) Capricorn Management Systems v. GEICO**

TYPE OF CONFERENCE:  STATUS/MOTION          FTR: 11:03-11:38; 12:00-12:09

APPEARANCES:
   For Plaintiff: Thomas Gullick, Jess Collen and Richard Schoenstein

   For Defendant: Charles Ossola and Joseph Saltarelli

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other:  Defendant's motion for a protective order, DE [35], is withdrawn for the reasons set forth on the record.  The parties have reached an agreement on the remaining terms of the proposed confidentiality order, which they will submit for the Court's review on or before September 30, 2016.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

   12/19/16 at 2:00 pm          : Status conference

                              SO ORDERED

                              /s/Steven I. Locke
                              STEVEN I. LOCKE
                              United States Magistrate Judge