| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>           U.S. MAGISTRATE JUDGE | DATE: 12/19/16<br>TIME:  11:30 am |

CASE:  **CV 15-2926(DRH) Capricorn Management Systems, Inc. v. Government Employees Insurance Co.**

TYPE OF CONFERENCE: MOTION          FTR: 2:22-3:05

APPEARANCES:
   For Plaintiff:   Richard Schoenstein and David Pfeffer

   For Defendant:  Charles Ossola, Matthew Ricciardi and Joseph Saltarelli

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other: Plaintiff will serve its supplemental responses to Interrogatories 1 and 2 on or before January 10, 2017.  Plaintiff will serve and file its motion to compel as to the production of source code on or before January 10, 2017.  Opposition to the motion to compel will be served and filed on or before January 24, 2017.  Reply papers will be served and filed on or before January 31, 2017.  The moving and opposition papers will consist of six-page letters.  The reply briefing is limited to a two-page letter.  In addition, Plaintiff is free to serve and file a motion for leave to amend the pleadings addressed to Judge Hurley.  All other discovery is stayed until further order of the Court.  For the sake of clarity, the motion to compel may also address lifting the stay of discovery.

                                                            SO ORDERED

                                                             /s/Steven I. Locke
                                                            STEVEN I. LOCKE
                                                            United States Magistrate Judge