

March 2, 2018

**BY ECF**
Hon. Denis R. Hurley
United States Courthouse
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

                Re:  *Capricorn Mgmt Sys. v. Gov't Empl. Ins. Co.*
                     2:15-cv-2926 (DRH) (SIL)

Dear Judge Hurley:

    This firm Collen IP, and attorneys Jess M. Collen, Thomas P. Gulick and Oren Gelber,[1] respectfully move the Court to withdraw as counsel for Plaintiff Capricorn Management Systems.  Plaintiff has retained the law firm Tarter Krinsky & Drogin LLP to represent it in this matter.  Tarter Krinsky has already filed an appearance and has assumed control as Plaintiff's counsel in this matter.

    Thank you for your consideration.

                                                                     Very truly yours,
                                                                       COLLEN

                                                                       Jess M. Collen
                                                                       Partner
                                                                       jcollen@collenip.com

cc:  Counsel of Record (via ECF)

---

[1] Attorneys Gulick and Gelber are no longer working at Collen IP.