UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPRICORN MANAGEMENT SYSTEMS, INC., <br><br> *Plaintiff*, <br><br> -against- <br><br> GOVERNMENT EMPLOYEES INSURANCE CO. and AUTO INJURY SOLUTIONS, INC., <br><br> *Defendants*, <br><br> -against- <br><br> CHARLES M. SILBERSTEIN <br><br> *Counterclaim-Defendant*. | Civil Action No. 15-CV-2926 (DRH)(SIL) <br><br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Plaintiff Capricorn Management Systems, Inc. and Counterclaim-Defendant Charles M. Silberstein in the above-referenced action and respectfully requests that copies of all future pleadings, filings, notices, correspondences, and other papers be served upon the undersigned at the address set forth below.

Dated: April 6, 2018

Respectfully submitted,

TARTER KRINSKY & DROGIN LLP

By: s/ Tara D. McDevitt
    Tara D. McDevitt
1350 Broadway
New York, New York 10018
Tel. (212)-216-8071
tmcdevitt@tarterkrinsky.com