IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 15 2018 ★
LONG ISLAND OFFICE

---

CAPRICORN MANAGEMENT
SYSTEMS INC.

  *Plaintiff,*

v.

GOVERNMENT EMPLOYEES
INSURANCE COMPANY *and*
AUTO INJURY SOLUTIONS, INC.

  *Defendants,*

v.

CHARLES M. SILBERSTEIN

  *Counterclaim–Defendant.*

Case No. 2:15-cv-02926-DRH-SIL

---

### STIPULATION AND ~~PROPOSED~~ ORDER SETTING
### BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS

**WHEREAS,** defendants Government Employees Insurance Company ("GEICO") and Auto Injury Solutions, Inc. ("AIS") filed a pre–motion letter, docket no. 92, seeking permission to file dispositive motions;

**WHEREAS,** District Judge Hurley referred the motions to Magistrate Judge Locke for a report and recommendation by docket order of June 7th; and

**WHEREAS,** Judge Locke directed all Parties to confer and propose a briefing schedule for the motions by docket order of June 8th,

1

NOW THEREFORE, all Parties, subject to the approval of the Court, do hereby STIPULATE AND AGREE to the following briefing schedule for the motions proposed by Defendants, docket no. 92:

| | |
|---|---|
| **Defendants' Opening Briefs:** | Tuesday, July 31, 2018 |
| **Plaintiff's Opposition Briefs:** | Tuesday, September 25, 2018 |
| **Defendants' Reply Briefs:** | Tuesday, October 23, 2018 |
| ~~Oral Arguments:~~ | ~~November, at the Court's convenience~~ |

In accordance with the "Bundle Rule," counsel for Defendants shall electronically file all opening, opposition, and reply papers with the Court on ~~or before~~ October 23, 2018.

**SO ORDERED:**

/s/ STEVEN I. LOCKE

Hon. Steven I. Locke, U.S.M.J.

Date: June 13, 2018

/s/ Richard C. Schoenstein

Richard C. Schoenstein, Esq.
David J. Pfeffer, Esq.
Tara D. McDevitt, Esq.
**TARTER KRINSKY & DROGIN LLP**
1350 Broadway, 11th Floor
New York, NY 10018
Tel: (212) 216-8000
Fax: (212) 216-8001
rschoenstein@tarterkrinsky.com
dpfeffer@tarterkrinsky.com
tmcdevitt@tarterkrinsky.com

*Counsel for Capricorn Management Systems, Inc.*

/s/ Charles D. Ossola

Joseph J. Saltarelli, Esq.
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 309-1000
Fax: (212) 309-1100
jsaltarelli@huntonak.com

Charles D. Ossola, Esq. (*pro hac vice*)
Matthew J. Ricciardi, Esq. (*pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: (202) 955-1500
Fax: (202) 778-2201
cossola@huntonak.com
mricciardi@huntonak.com

*Counsel for Government Employees Insurance Company*

2

    /s/ Timothy B. Hardwicke

Blake T. Denton, Esq.
**LATHAM & WATKINS LLP**
885 Third Avenue, 3rd Floor
New York, NY 10022
Tel: (212) 906-1239
Fax: (212) 751-4864
blake.denton@lw.com

Timothy B. Hardwicke, Esq. (*pro hac vice*)
Patrick Russell, Esq. (*pro hac vice*)
**GOODSMITH GREGG UNRUH LLP**
150 South Wacker Drive, Suite 3150
Chicago, IL 60606
Tel: (312) 322-1981
Fax: (312) 322-0056
thardwicke@ggulaw.com
prussell@ggulaw.com

*Counsel for Auto Injury Solutions, Inc.*

## CERTIFICATE OF SERVICE

On June 13, 2018, I filed the forgoing Stipulation & Proposed Order via the Court's Electronic Case Filing (ECF) system and it was, thereby, automatically served on all counsel of record via electronic mail.

    /s/ Charles D. Ossola

3