IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

| | |
|---|---|
| CAPRICORN MANAGEMENT SYSTEMS INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY *and* AUTO INJURY SOLUTIONS, INC.<br><br>*Defendants,*<br><br>v.<br><br>CHARLES M. SILBERSTEIN<br><br>*Counterclaim–Defendant.* | Case No.  2:15-cv-02926-DRH-SIL |

## NOTICE OF CHANGE OF LAW FIRM NAME

Pursuant to Local Civil Rule 1.3(d), please take notice that, as a result of a recent merger, the name of the law firm representing defendant Government Employees Insurance Company ("GEICO") has changed.

Only the law firm name and e-mail address domain have changed.  The same attorneys continue to represent GEICO in this action.  The new law firm name and e-mail address for each attorney is listed in the signature block on the next page.

1

Date: June 21, 2018                                   Respectfully submitted,

**HUNTON ANDREWS KURTH LLP**

_/s/ Charles D. Ossola_

Joseph J. Saltarelli, Esq.
   jsaltarelli@huntonak.com
200 Park Avenue
New York, NY  10166
Tel:  (212) 309-1000
Fax:  (212) 309-1100

Charles D. Ossola, Esq. (*pro hac vice*)
   cossola@huntonak.com
Matthew J. Ricciardi, Esq. (*pro hac vice*)
   mricciardi@huntonak.com
2200 Pennsylvania Avenue, NW
Washington, DC  20037
Tel:  (202) 955-1500
Fax:  (202) 778-2201

*Counsel for Government*
*Employees Insurance Company*

## CERTIFICATE OF SERVICE

On June 21, 2018, I filed the forgoing Notice of Change of Law Firm Name via the Court's Electronic Case Filing (ECF) system and it was, thereby, automatically served on all counsel of record via electronic mail.

_/s/ Charles D. Ossola_

2