UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAPRICORN MANAGEMENT SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY and AUTO INJURY SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:15-cv-02926-DRH-SIL<br><br>**SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF AUTO INJURY SOLUTIONS, INC.** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Auto Injury Solutions, Inc. ("AIS") certifies the following:

1. AIS is a wholly-owned subsidiary of CCC Information Services Inc. ("CCC").

2. CCC is a wholly-owned subsidiary of Cypress Intermediate Holdings II, Inc., a privately held company.

3. No publicly held corporation owns 10% or more of the stock of Cypress Intermediate Holdings II, Inc.

Dated: New York, New York
November 6, 2018

Respectfully submitted,

**LATHAM & WATKINS LLP**

By: /s/ Blake T. Denton
      Blake T. Denton

885 Third Avenue
New York, NY 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: blake.denton@lw.com

*Attorneys for Auto Injury Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

  I, Blake Denton, hereby state that on November 6, 2018, I caused a true and correct copy of the foregoing Supplemental Rule 7.1 Corporate Disclosure Statement of Auto Injury Solutions, Inc., dated November 6, 2018 to be electronically filed with the Court and that a copy of said document was sent to all counsel of record through the Court's ECF system.

                 /s/ Blake T. Denton
                 Blake T. Denton