# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK
# CENTRAL ISLIP DIVISION

| | |
|---|---|
| CAPRICORN MANAGEMENT SYSTEMS INC., | |
| *Plaintiff,* | Case No. 2:15-cv-02926-DRH-SIL |
| v. | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY *and* AUTO INJURY SOLUTIONS, INC., | **NOTICE OF APPEARANCE** |
| *Defendants,* | |
| v. | |
| CHARLES M. SILBERSTEIN, | |
| *Counterclaim-Defendant.* | |

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant Auto Injury Solutions, Inc., in the above-captioned action:

> Andrew H. Schrag (*pro hac vice*)
> *GoodSmith Gregg & Unruh LLP*
> 150 S. Wacker Drive, Suite 3150
> Chicago, IL 60606
> Tel: (312) 322-1981
> Fax: (312) 322-0056
> aschrag@ggulaw.com

Dated: Chicago, IL
     December 18, 2018

GOODSMITH GREGG & UNRUH LLP

By: <u>*/s/ Andrew H. Schrag*</u>
Andrew H. Schrag (*pro hac vice*)
150 S. Wacker Drive, Suite 3150
Chicago, IL 60606
Tel: (312) 322-1981
Fax: (312) 322-0056
aschrag@ggulaw.com

Attorney for Defendant Auto Injury Solutions, Inc.

## **CERTIFICATE OF SERVICE**

I, Andrew H. Schrag, hereby state that on December 18, 2018, I caused a true and correct copy of the foregoing Notice of Appearance, dated 12/18/18, to be electronically filed with the Court and that a copy of said document was sent to all counsel of record through the Court's ECF system.

By: */s/ Andrew H. Schrag*
Andrew H. Schrag (*pro hac vice*)