**MCBREEN, KOPKO & DAYAL LLP**
ATTORNEYS AT LAW
10 SOUTH LASALLE STREET
SUITE 1120
CHICAGO, ILLINOIS 60603
(312) 332-1590
FAX (312) 332-1591

February 4, 2019

**VIA ECF**

Hon. Steven I. Locke, United States Magistrate Judge
U.S. District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:   *Capricorn Management Systems, Inc. v. Government Employees Insurance Co.*
      Case No. 2:15-cv-2926 (DRH) (SIL)

Dear Judge Locke:

I submit this letter respectfully requesting that I be relieved as counsel for Defendant Auto Injury Solutions, Inc. ("AIS") in the above-referenced matter. I have previously appeared and represented AIS on behalf of GoodSmith Gregg & Unruh LLP, along with Timothy B. Hardwicke and Andrew H. Schrag of GoodSmith Gregg & Unruh LLP. In addition, AIS has retained Blake Denton of Latham & Watkins LLP.

I have recently joined the firm McBreen Kopko & Dayal LLP. As Mr. Hardwicke, Mr. Schrag, and Mr. Denton will continue to represent AIS, my withdrawal will have no material effect on the schedule in this matter, nor will it cause prejudice to any party (including AIS). In accordance with Local Civil Rule 1.4, I further certify that McBreen Kopko & Dayal LLP is not asserting a retaining or charging lien. In light of the foregoing, I respectfully request that the Court relieve me as counsel for Defendant Auto Injury Solutions, Inc. and that the official court docket be amended to reflect this change.

Thank you for your attention to this request.

Respectfully submitted,

Patrick F. Russell (admitted *pro hac vice*)

cc:   All counsel of record (via ECF)
      Auto Injury Solutions, Inc. (via e-mail)