

September 27, 2019

HUNTON ANDREWS KURTH LLP
2200 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20037-1701

TEL   202 • 955 • 1500
FAX   202 • 778 • 2201

MATTHEW J. RICCIARDI
DIRECT DIAL: 202 • 955 • 1685
EMAIL: mricciardi@HuntonAK.com

FILE NO:  68026.6

**VIA ELECTRONIC CASE FILING**

Hon. Denis R. Hurley, U.S.D.J.
United States District Court
   for the Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

Re:   *Capricorn Management Systems, Inc. v. GEICO*
        Case no. 2:15-cv-02926-DRH-SIL

Dear Judge Hurley:

This firm represents defendant Government Employees Insurance Company ("GEICO") in the subject civil action.  We write jointly on behalf of all Parties to request an expansion of page limits for opposition and reply briefs in connection with the Rule 72 objections filed by plaintiff Capricorn Management Systems, Inc. ("Capricorn").

By a docket order of September 11, 2019, the Court granted Capricorn's request to expand the page limit for its Rule 72 objections from 25 pages to 50 pages.  Capricorn filed its objections accordingly on September 13th, docket no. 132.  Counsel for all Parties have conferred and respectfully request that the Court "so order" the following page limits for the associated opposition and reply briefs:

- The page limit for Defendants' opposition to Capricorn's Rule 72 objections is expanded to 50 pages; and

- The page limit for Capricorn's reply to Defendants' opposition to Capricorn's Rule 72 objections is expanded to 25 pages.

All Parties consent to the relief requested herein.  Counsel thank Your Honor for his continuing consideration and are, as always, available to render any assistance that may be helpful the Court.

Respectfully submitted,

*/s/  Matthew J. Ricciardi*

Matthew J. Ricciardi, Esq.

cc:   Counsel of Record (via CM/ECF)

68026.6 EMF_US 76464216