

HUNTON ANDREWS KURTH LLP
2200 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20037-1701

TEL   202 • 955 • 1500
FAX   202 • 778 • 2201

MATTHEW J. RICCIARDI
DIRECT DIAL: 202 • 955 • 1685
EMAIL: mricciardi@HuntonAK.com

FILE NO:  68026.6

May 15, 2020

**VIA ELECTRONIC CASE FILING**

Hon. Steven I. Locke, U.S.M.J.
United States District Court
   for the Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

Re:   *Capricorn Management Systems, Inc. v. GEICO*
      Case No. 2:15-cv-02926-DRH-SIL

Dear Judge Locke:

    This firm represents defendant Government Employees Insurance Company ("GEICO") in the subject civil action.  We write jointly with counsel for plaintiff Capricorn Management Systems, Inc. ("Capricorn"), regarding the Court's May 10th docket order setting a telephonic Pre-Trial Conference for June 1st.

    Being mindful of Judge Hurley's Individual Rule 6(A), which contemplates a 60-day period for preparing a Joint Pre-Trial Order, the Parties respectfully seek clarification regarding whether the Court desires the Parties to submit anything in advance of the Pre-Trial Conference. In the event that the Court desires the Parties to submit a Joint Pre-Trial Order in advance of the Conference, the Parties respectfully suggest a one-month adjournment, so the Parties can confer and prepare a Joint Pre-Trial Order accordingly.

    Counsel thank Your Honor for his continuing consideration.

Respectfully submitted,

*/s/ Matthew J. Ricciardi*

Matthew J. Ricciardi, Esq.


cc:   Counsel of record (via CM/ECF)

68026.6 EMF_US 80327703

ATLANTA   AUSTIN   BANGKOK   BEIJING   BOSTON   BRUSSELS   CHARLOTTE   DALLAS   DUBAI   HOUSTON   LONDON   LOS ANGELES
MIAMI   NEW YORK   NORFOLK   RALEIGH/DURHAM   RICHMOND   SAN FRANCISCO   THE WOODLANDS   TYSONS   WASHINGTON, DC
www.HuntonAK.com