

HUNTON ANDREWS KURTH LLP
2200 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC  20037-1701

TEL   202 • 955 • 1500
FAX   202 • 778 • 2201

BRIAN L. SAUNDERS
DIRECT DIAL: 202 • 955 • 1517
EMAIL: BSaunders@HuntonAK.com

April 13, 2021

**BY ECF**

Honorable Steven J. Locke, USMJ
United States Courthouse
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Capricorn Mgmt Sys. v. Gov't Empl. Ins. Co*
    2:15-cv-2926 (DRH)(SIL)

Dear Magistrate Judge Locke:

    I am *pro hac vice* counsel to Defendant Government Employees Insurance Co. ("GEICO") in the above-matter.  I am leaving Hunton Andrews Kurth LLP on Thursday, April 15, 2021, and respectfully move the Court to withdraw as *pro hac vice* counsel to GEICO.  Mr. Saltarelli, Mr. Ossola, and Mr. Ricciardi at Hunton Andrews Kurth LLP will continue to represent GEICO in this matter.

    Thank you for your consideration.

Respectfully,

*/s/ Brian Saunders*

cc:  Counsel of Record (via ECF)