| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE** <br> **MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE <br>             U.S. MAGISTRATE JUDGE | DATE:  12/6/21 <br> TIME:   2:00 pm |

CASE:  **CV 15-2926 (DG) Capricorn Management Systems, Inc. v. Government Insurance Employees Insurance Co.**
TYPE OF CONFERENCE:   SETTLEMENT              FTR:

APPEARANCES:
    For Plaintiff:   Richard Schoenstein and David Pfeffer

    For Defendant: Charlie Ossola and Matthew Ricciardi with Shelley Vaughn


**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒    Other:   Settlement conference held. Case not settled.


                                                                        SO ORDERED

                                                                         /s/Steven I. Locke
                                                                        STEVEN I. LOCKE
                                                                        United States Magistrate Judge