

HUNTON ANDREWS KURTH LLP
2200 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20037-1701

TEL   202 • 955 • 1500
FAX   202 • 778 • 2201

MATTHEW J. RICCIARDI
DIRECT DIAL   202 • 955 • 1685
EMAIL   MRicciardi@Hunton.com

FILE NO   68026.6

January 5, 2023

**VIA ELECTRONIC FILING (CM/ECF)**

Hon. Diane Gujarati, U.S.D.J.
United States District Court
   for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:   *Capricorn Management Systems v. GEICO*
      Case No. 2:15-cv-2926-DG-LGD (E.D.N.Y.)

Dear Judge Gujarati:

   This firm represents defendant GEICO in the subject civil action.  We write jointly with counsel for plaintiff Capricorn Management Systems, Inc., and counterclaim-defendant Dr. Charles Silberstein on behalf of all parties.

   In accordance with Your Honor's instructions at our recent Pre-Trial Conference and in compliance with the Docket Order entered on December 22nd, counsel conferred with their respective clients regarding the possibility of a jury trial before Magistrate Judge Dunst in the Islip Division.  All parties do <u>not</u> consent.

   We thank Your Honor for her continuing consideration.

                                    Respectfully submitted,

                                    Matthew J. Ricciardi

cc:   Counsel of Record (via CM/ECF)

68026.6 HW_US 300703602